No. 79-1864. FIUMARA ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79-1866. SKALICKY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79-1867. JONES *v.* ALEXANDER, SECRETARY OF THE ARMY. C. A. 5th Cir. Certiorari denied.

No. 79-1868. POTTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79-1869. S & M MATERIALS CO. *v.* SOUTHERN STONE CO., INC. C. A. 5th Cir. Certiorari denied.

No. 79-1871. CASTILLO *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied.

No. 79-1872. HOOD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79-1873. HERTHEL *v.* UNITED STATES;
No. 79-6673. HOLT *v.* UNITED STATES;
No. 79-6674. JOHNSON *v.* UNITED STATES; and
No. 79-6688. AHLBRAND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 620 F. 2d 305.

No. 79-1875. ENERGY CONSUMERS & PRODUCERS ASSN., INC. *v.* DEPARTMENT OF ENERGY. Temp. Emerg. Ct. App. Certiorari denied.

No. 79-1876. BLAKE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 79-1877. UNION OIL COMPANY OF CALIFORNIA *v.* EVANSON ET AL. Temp. Emerg. Ct. App. Certiorari denied.